USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Berkowitz,

                     Plaintiff,

          -against-

TransUnion, LLC, et al.,

                    Defendants.
------------------------------------------------------------------X

25-cv-02674-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On May 4, 2026, the Court directed the parties to file a joint status letter by no later than June 1, 2026, confirming that fact discovery is complete and any anticipated expert discovery. (ECF No. 87). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **June 5, 2026**.

      **SO ORDERED.**

DATED:     White Plains, New York
              June 3, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge