USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Berkowitz,

Plaintiff,

-against-

TransUnion, LLC, et al.,

Defendants.
----------------------------------------------------------------X

25-cv-02674-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On June 8, 2026, the Court directed the parties to file a joint status letter by no later than July 2, 2026, confirming that fact discovery is complete and proposed deadlines for any anticipated expert discovery. (ECF No. 90). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **July 10, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
July 6, 2026

VICTORIA REZNIK
United States Magistrate Judge